IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
MALIK JONES, #K-09065,          )     CIVIL NO. 2:08-00251 DAE/KSC
                                )
                                )     ORDER DENYING PLAINTIFF'S
              Plaintiff,         )     MOTION REQUESTING RETURN OF
                                )     PLAINTIFF'S ORIGINAL
         vs.                    )     COMPLAINTS AND EXHIBITS
                                )
D. VANDERVILLE, ET AL.,         )
                                )
         Defendants.            )
_____  )
```

ORDER DENYING PLAINTIFF'S MOTION REQUESTING RETURN
OF PLAINTIFF'S ORIGINAL COMPLAINTS AND EXHIBITS

On October 21, 2009, Plaintiff Malik Jones ("Plaintiff") filed a request entitled "Motion Requesting the Court to Return Plaintiff's Original Complaint and Exhibits so that He Will be Able to Amend it."  By way of this Motion, Plaintiff requests that 1) the Court return his original complaint and exhibits so that he may amend the same and 2) the 30 day time period for amendment not commence until the Court returns his original Complaint and exhibits.  The Court DENIES the Motion.

As a matter of policy, the Court does not return originals of filed documents to parties, for these documents must remain a part of the Court's record.  Neither are copies provided at a party's request.  Copies cost $0.50/page.  Insofar as Plaintiff's Complaint plus exhibits are 306 pages in length, the time required to make copies, when coupled with the $153.00 cost,

would unduly burden the Court.  Plaintiff has not presented a compelling reason warranting the relief sought.

The Court also denies as moot Plaintiff's request that the 30 day period for filing an amended complaint commence upon his receipt of his original complaint and exhibits.  Within thirty (30) days from October 13, 2009, Plaintiff must file an amended complaint curing the deficiencies identified by the Court in the Screening Order to avoid dismissal with prejudice of his action.

In accordance with the foregoing, Plaintiff's Motion is DENIED.

IT IS SO ORDERED.

DATED:    Honolulu, Hawaii, October 23, 2009.


_____
Kevin S.C. Chang
United States Magistrate Judge




CV 2:08-00251 DAE-KSC; Jones v. Vanderville, et al.; ORDER DENYING PLAINTIFF'S MOTION REQUESTING RETURN OF PLAINTIFF'S ORIGINAL COMPLAINTS AND EXHIBITS