IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MALIK JONES, | ) | CV. NO. 08-00251 DAE-KSC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| D. VANDERVILLE, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

ORDER GRANTING PLAINTIFF AN EXTENSION OF TIME TO FILE AN AMENDED COMPLAINT

Pursuant to Local Rule 230, the Court finds this matter suitable for disposition without a hearing.  On July 9, 2012, this Court granted Plaintiff leave to file an amended complaint by no later than August 24, 2012.  On August 27, 2012, Plaintiff Malik Jones filed a Motion for Extension of Time to File an Amended Complaint ("Motion for Extension," Doc. # 33).  For good cause shown, the Court GRANTS the Motion for Extension.  Plaintiff shall file his Amended Complaint by no later than October 5, 2012.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, September 5, 2012.



David Alan Ezra
United States District Judge

<u>Jones v. Vanderville, et al.</u>, CV No. 08-00251 DAE-KSC; ORDER GRANTING PLAINTIFF AN EXTENSION OF TIME TO FILE AN AMENDED COMPLAINT